UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'ANDRE DESHAWN GEORGE,<br><br>　　　　　Petitioner,<br>　　vs.<br>ROBERT A. HOREL, Warden,<br>　　　　　Respondent. | Case No. CV 10-5365 AG (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected (Docket # 26). The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATE: July 31, 2011　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　HON. ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE