1
2
3
4
5
6
7
8
9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11

12   DE'ANDRE DESHAWN          )   Case No. CV 10-5365 AG (MRW)
     GEORGE,                   )
13                             )
                               )
                Petitioner,    )   JUDGMENT
14          vs.                )
15   ROBERT A. HOREL, Warden,  )
                               )
16              Respondent.    )
17   _____  )

18
         Pursuant to the Order Accepting Findings and Recommendations of the
19
     United States Magistrate Judge,
20
         IT IS ADJUDGED that the Petition is denied and this action is dismissed
21
     with prejudice.
22

23   DATE: July 31, 2011           _____
24                                  HON. ANDREW J. GUILFORD
                                    UNITED STATES DISTRICT JUDGE
25
26
27
28